Sarah A. Kellogg (WSB # 7-5355)
THE SPENCE LAW FIRM, LLC
15 S. Jackson St., P.O. Box 548
Jackson, WY 83001
307-733-7290 / 307-733-5248 fax
kellogg@spencelawyers.com

*Attorney for Plaintiff*

WY Teton County District
Court 9th JD
Nov 20 2023 07:30AM
Unassigned
71446193
**FILED**

IN THE NINTH JUDICIAL DISTRICT COURT
IN AND FOR TETON COUNTY, WYOMING

| | |
|---|---|
| LINDLEY KUNCE,<br><br>Plaintiff,<br><br>V.<br><br>FRANZ BECKE,<br><br>Defendant. | Civ. Action No. _____ |

**COMPLAINT & JURY DEMAND**

Plaintiff Lindley Kunce, by and through her counsel, Sarah A. Kellogg, of THE SPENCE LAW FIRM, LLC, brings this Complaint against the Defendant as follows:

1. Lindley Kunce is the Plaintiff in this matter. On October 7, 2022, Mrs. Kunce was injured in a motor vehicle collision.

2. At all times relevant to the facts alleged in this Complaint, Mrs. Kunce resided in Teton County, Wyoming.

3. Franz Becke is the Defendant in this matter.

4. Upon information and belief, Mr. Becke lives in Friedberg-Stätzling, Germany.

5. Pursuant to W.S. § 1-6-301, the Secretary of State of Wyoming is deemed the operator's lawful attorney upon whom all legal process may be served.

1

6.      Mr. Becke may also be served in compliance with the Hague Convention.

## I. JURISDICTION & VENUE

7.      Plaintiff incorporates and adopts by reference the facts and allegations above as though fully set forth herein.

8.      This Court has subject matter jurisdiction over this action pursuant to Article 5, Section 10 of the Constitution of the State of Wyoming.

9.      The facts and circumstances giving rise to this Complaint occurred in Teton County, Wyoming, therefore, this Court has personal jurisdiction over the Defendant.

10.     Pursuant to Wyo. Stat. Ann. § 1-5-109, the proper venue for this cause of action is the Ninth Judicial District Court in and for Teton County, Wyoming, because the cause of action arose in this judicial district.

11.     The amount in controversy for this matter exceeds that required for filing in the District Courts of Wyoming.

## II. FACTS

12.     Plaintiff incorporates and adopts by reference the facts and allegations above as though fully set forth herein.

13.     On October 7, 2022, Mrs. Kunce was stopped in her vehicle at a red light on Millward Street in Jackson, Wyoming. She was facing south at the intersection of Millward Street and Broadway Avenue.

14.     Mr. Becke was traveling south on Millward Street and approaching the intersection of Millward and Broadway.

15.     Mr. Becke was traveling in a rental RV from El Monte RV.

16.     Mr. Becke failed to stop or to yield to Mrs. Kunce, rear-ending her vehicle and pushing it into the vehicle stopped at the light in front of her.

17. Mr. Becke, again, failed to apply his brakes and struck Mrs. Kunce's vehicle a second time.

18. As a result, Mrs. Kunce slammed her head on the steering wheel, and her neck quickly became stiff.

19. Mrs. Kunce went to the emergency room, where she was diagnosed with cervical strain, facial contusions, and a concussion.

20. Mrs. Kunce continued to suffer from significant neck pain, concussion symptoms, dizziness, headaches, and nausea.

21. Despite regular physical therapy, the cervical pain worsened.

22. On March 6, 2023, Mrs. Kunce reported neck pain to St. John's Urgent Care. She followed up with her primary care provider, and then returned to the emergency room for an MRI.

23. On March 12, 2023, the MRI results showed a collection of fluid, raising concerns for a hematoma. An ultrasound the next day confirmed a chronic hematoma with a fluid collection in Mrs. Kunce's lower neck.

24. Mrs. Kunce had procedure to aspirate the hematoma's fluid collection, which returned positive for infection.

25. A CT scan showed an abscess and an increased collection of neck fluid.

26. Mrs. Kunce was admitted to the hospital on an emergency basis to drain the abscess, receive antibiotic therapy and pain management, and undergo daily labs to monitor the infection.

27. On March 16, 2023, she was taken to the operating room for a surgical irrigation and debridement procedure.

28. Mrs. Kunce remained hospitalized from March 15, 2023, to March 21, 2023. Not only was Mrs. Kunce experiencing severe pain, but she was coping with the terrifying reality of having a

life-threatening infection in her neck. She was also missing work and falling behind in her master's in social work program.

29. Following the hospitalization, Mrs. Kunce endured a lengthy course of wound treatment.

### III. FIRST CAUSE OF ACTION: NEGLIGENCE & NEGLIGENCE PER SE

30. Plaintiff incorporates and adopts by reference the facts and allegations above as though fully set forth herein.

31. Mr. Becke owed a duty of reasonable care to Mrs. Kunce, including:

   a. a duty to exercise control over his vehicle;

   b. the duty to keep a proper lookout; and

   c. the duty to avoid running into her stationary vehicle.

32. Mr. Becke also owed statutory duties of care to Mrs. Kunce, including:

   a. The duty to avoid following too closely behind her vehicle (W.S. § 31-5-210)

   b. The duty to avoid careless driving (W.S. § 31-5-236)

33. Mr. Becke breached these duties and is liable to Mrs. Kunce for negligence and negligence per se.

34. As a direct and proximate cause and result of Defendant's negligence, Mrs. Kunce was injured. Plaintiff's damages are more particularly set forth in the section of this Complaint entitled "Damages."

### IV. DAMAGES

35. Plaintiff incorporates and adopts by reference the facts and allegations above as though fully set forth herein.

36. As a direct and proximate result of Defendant's acts and omissions, Plaintiff sustained the following damages:

   a. Past and future physical and emotional pain and suffering;

    b.    Past and future disfigurement;

    c.    Past and future loss of enjoyment of life;

    d.    Past and future medical expenses;

    e.    Past and future loss of income, wages, earning capacity, and support;

    f.    Past and future pecuniary loss; and

    g.    All allowable costs, expenses, and fees associated with this litigation.

WHEREFORE, Plaintiff requests that this Court enter judgment against the Defendant in an amount as supported by the allegations of this Complaint, as follows:

1. Judgment against the Defendant for general damages in an amount consistent with the allegations contained herein and to be proven at trial.

2. Judgment against the Defendant for special damages in an amount consistent with the allegations contained herein and to be proven at trial.

4. Judgment for costs, interest, and such other and further relief as the Court deems just and equitable.

DATED this 20th day of November 2023.

                                                                   */s/ Sarah A. Kellogg*
                                                               Sarah A. Kellogg, WSB # 7-5355
                                                               THE SPENCE LAW FIRM, LLC
                                                               15 South Jackson Street
                                                                P.O. Box 548
                                                               Jackson, Wyoming 83001
                                                               307-733-7290/ 307-733-5248 (Fax)
                                                               kellogg@spencelawyers.com

                                                               *Attorneys for the Plaintiff*

Sarah A. Kellogg (WSB # 7-5355)
THE SPENCE LAW FIRM, LLC
15 S. Jackson St., P.O. Box 548
Jackson, WY 83001
307-733-7290 / 307-733-5248 fax
kellogg@spencelawyers.com

*Attorney for Plaintiff*

WY Teton County District
Court 9th JD
Nov 20 2023 07:30AM
Unassigned
71446193

**FILED**

IN THE NINTH JUDICIAL DISTRICT COURT
IN AND FOR TETON COUNTY, WYOMING

| | |
|---|---|
| LINDLEY KUNCE,<br><br>　　　　　　　　Plaintiff,<br><br>V.<br><br>FRANZ BECKE,<br><br>　　　　　　　　Defendant. | Civ. Action No. _____ |

## DEMAND FOR JURY TRIAL

Plaintiff Lindley Kunce, by and through counsel, and pursuant to Wyoming Rule of Civil Procedure 38, hereby requests that this matter be tried to a jury of six and submits the requisite fee herewith.

DATED this 20th day of November, 2023.

　　　　　　　　　　　　　　　　　　　　　　_/s/ Sarah A. Kellogg_
　　　　　　　　　　　　　　　　　　　　　　Sarah A. Kellogg, WSB #7-5355
　　　　　　　　　　　　　　　　　　　　　　THE SPENCE LAW FIRM, LLC
　　　　　　　　　　　　　　　　　　　　　　15 S. Jackson Street, P.O. Box 548
　　　　　　　　　　　　　　　　　　　　　　Jackson, Wyoming 83001
　　　　　　　　　　　　　　　　　　　　　　(307) 733-7290
　　　　　　　　　　　　　　　　　　　　　　kellogg@spencelawyers.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiff*