**FILED**



2:56 pm, 2/22/24

**Margaret Botkins
Clerk of Court**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

LINDLEY KUNCE,

                Plaintiff,

V.

FRANZ BECKE,

                Defendant.

Civ. Action No. 1:24-cv-00004-SAH

## ORDER OF DISMISSAL WITH PREJUDICE

This Court, for good cause, and upon agreement of the parties, hereby Orders:

1. This case is dismissed with prejudice
2. Each party shall bear their own costs an attorneys' fees.

Dated this 22 day of February, 2024.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE